*E-Filed 1/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., et al. | No. C 10-3342 RS |
| Plaintiffs, | |
| v. | **ORDER VACATING REASSIGNMENT ORDER** |
| RODNEY J. RIGGS., et al., | |
| Defendants. | |

The order filed January 6, 2011 incorrectly concluded that the parties' Joint Case Management Conference reflected agreement between them that this matter could be assigned to a magistrate judge for all purposes.  Accordingly, that order is hereby vacated, and all hearings and deadlines previously in effect are hereby restored.

**IT IS SO ORDERED.**

Dated: 1/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE