*E-Filed 9/1/11*

DENNIS F. MORIARTY, SBN 37612
STEPHEN L. DAHM, SBN 114745
KRISTINA L. VELARDE, SBN 199299
CESARI, WERNER and MORIARTY
360 Post Street, Suite 500
San Francisco, CA  94108
Telephone:  415-391-1113
Facsimile:  415-391-4626
dmoriarty@cwmlaw.com
sdahm@cwmlaw.com
kvelarde@cwmlaw.com

Attorneys for Defendants
RODNEY J. RIGGS et al.

NOEL M. COOK, SBN 12277
LINDA JOY KATTWINKEL, SBN 164283
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, CA  94105
Telephone:  415-882-3200
Telecopier:  415-882-3232
ncook@owe.com
ljk@owe.com

Attorneys for Plaintiffs
SANRIO COMPANY, LTD. and
SANRIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>RODNEY J. RIGGS, et al,<br><br><br>                    Defendants. | Case No.  C 10-03342 RS<br><br>**STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER; [PROPOSED] ORDER THEREON** |

- 1 -

Counsel for plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs") and Defendants Rodney J. Riggs, Candyland, Everything Pink, Cannery Row General Store, Steinbeck's Deli & Espresso Bar, Candyworld, The Candy Factory, respectfully submit this stipulation requesting an extension of time for discovery and other dates as follows.

WHEREAS, the current trial date is for August 20, 2012 and none of the changes in deadlines set forth herein will impact that date;

WHEREAS, the undersigned parties participated in mediation on April 27, 2011;

WHEREAS, following mediation the parties continued good faith settlement negotiations while also engaging in some discovery;

WHEREAS, it now appears unlikely that the action will settle without further discovery;

WHEREAS, Defendants have not yet been able to identify certain witnesses (namely, employees of Defendants during times the events alleged took place) which Plaintiffs will need to depose;

WHEREAS, the current deadline to complete fact discovery is September 7, 2011;

WHEREAS, this is the first request by the parties to extend discovery dates;

WHERAS, counsel for Plaintiffs and Defendants request that discovery and dispositive motion dates be extended to provide them with adequate time to conduct discovery;

NOW, THEREFORE, the Parties through their undersigned counsel hereby stipulate and request the Court to order that the following paragraphs of the court's January 28, 2011 Case Management Scheduling Order be amended as follows:

3.      DISCOVERY

On or before December 9, 2011, all non-expert discovery shall be completed by the parties.

4.      EXPERT WITNESSES

A.      On or before January 16, 2011, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.      On or before February 16, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.      On or before April 6, 2012, all discovery of expert witnesses pursuant to Federal Rule

2

1   of Civil Procedure 26(b)(4) shall be completed.

2       5.      PRETRIAL MOTIONS

3       All pretrial motions must be filed and served pursuant to Civil Local Rule 7.   All pretrial

4   motions shall be heard no later than July 10, 2012.

5       The remaining provisions of the court's January 28, 2011 Case Management Scheduling Order

6   shall remain in effect.

7

8   Dated: 8/29/11                                  CESARI WERNER & MORIARTY

9                                                   By _____
10                                                  Dennis F. Moriarty
                                                    Stephen L. Dahm
11                                                  Kristina L. Velarde
                                                    Attorneys for Defendants RODNEY J.
12                                                  RIGGS, Individually and dba CANDYLAND,
                                                    EVERYTHING PINK, CANNERY ROW
13                                                  GENERAL STORE, STEINBECK'S DELI &
                                                    ESPRESSO BAR, CANDYWORLD and THE
14                                                  CANDY FACTORY

15

16  Dated: 8/29/11                                  OWEN, WICKERSHAM & ERICKSON, P.C.

17

18                                                  By _____
                                                    Noel M. Cook
19                                                  Linda Joy Kattwinkel
                                                    Attorneys for Plaintiffs
20                                                  SANRIO COMPANY, LTD. and
                                                    SANRIO, INC.
21

22      IT IS SO ORDERED.

23

24                                                  _____
    Dated: 9/1/11
25                                                  RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE
26

27

28

                                    3